**Order filed March 21, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00017-CR
_____

**ROBERT TAYLOR WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1225261**

## ORDER

The reporter's record in this case was due February 17, 2012. *See* Tex. R. App. P. 35.2. On March 1, 2012, volumes eight through eleven were filed by Walter N. Johnson. Volumes one through seven and twelve through sixteen have not been filed. We therefore issue the following order.

We order Pam Knobloch, the official court reporter, to file a complete, signed record in this appeal on **within 30 days** of the date of this order.

PER CURIAM